UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARION'S CLEANERS, L.L.C. | CIVIL ACTION NO. 11-2376 |
| VERSUS | |
| NATIONAL FIRE AND INDEMNITY EXCHANGE | SECTION: "S" <br> MAGISTRATE: "1" <br><br> JUDGE MARY ANN VIAL LEMMON <br><br> MAGISTRATE JUDGE SALLY SHUSHAN |

*******************************************

## MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P 12(c), Defendant National Fire and Indemnity Exchange ("NIE") moves for judgment on the pleadings, dismissing the Complaint filed by Plaintiff, Marion's Cleaners, L.L.C. In support of this motion, Defendant relies upon its memorandum of law, along with the attached copy of the insurance policy issued by National Fire and Indemnity Exchange to Marion's Cleaners, No. CPP9409-87-05, in full force and effect on August 29, 2005, and affidavit of Valerie Meyer attesting that it is a true and correct copy thereof, and further states as follows:

Plaintiff's Complaint is prescribed on its face. Plaintiff alleges its property, insured by NIE, was damaged by Hurricane Katrina on or about August 29, 2005. The insurance policy contains a provision prohibiting any legal action against NIE that is not brought within two years after the date on which the loss occurred. In addition, the Louisiana Legislature extended the

prescriptive period for claims arising out of damages resulting from Hurricane Katrina until September 1, 2007. It is evident Plaintiff's Complaint is prescribed.

For these reasons, as more fully set forth in its memorandum of law, Defendant requests the Court to render judgment on the pleadings to dismiss the Complaint.

BY:  s/  Brett F. Willie  
GUY C. CURRY (#22032)  
BRETT F. WILLIE (#26755)  
FRANCES I. McGINNIS (#26998)  
228 St. Charles Avenue  
1200 Whitney Bank Building  
New Orleans, Louisiana  70130  
Telephone:  (504) 524-8556  

**Attorneys for National Fire and Indemnity Exchange**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Judgment on the Pleadings has been served upon all counsel of record by the Court's electronic filing and notification system this 10th day of January, 2012.

 s/  Brett F. Willie  
BRETT F. WILLIE